UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
ZOFIA KUCZUN and On Behalf of All Others Similarly situated,

                              Plaintiff,

-against-

74-39 MEAT CORP. d/b/a C-TOWN and 74-39 REALTY CORP.,

                              Defendants.
------------------------------------------------------------------------ X

Docket No. 2:22-CV-05926
(JMA) (LGD)

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, attorneys of record for the respective parties in the above-captioned action, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all the claims asserted or could have been asserted in the above-captioned action are hereby voluntarily dismissed with prejudice and without costs, fees, or expenses.

Dated: Carle Place, NY 11514
         December 26, 2022

**BELL LAW GROUP, PLLC**

By:_____
    Daniel Johnston
    *Attorneys for Plaintiff*
    116 Jackson Blvd.
    Syosset, New York 11791
    (516) 280-3008
    DJ@BellLG.com

**SOKOLOFF STERN LLP**

By:_____
    Adam Kleinberg
    *Attorneys for Defendants*
    179 Westbury Avenue, 2nd Floor
    Carle Place, New York 11514
    (516) 334-4500
    akleinberg@sokoloffstern.com